UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT LINDBLAD,

    Plaintiff,

v.

SALESFORCE,

    Defendant.

Case No. 21-cv-07432-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS COMPLAINT**

Re: Dkt. No. 13

    The Court has reviewed Magistrate Judge Beeler's Report and Recommendation to Dismiss Complaint. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that the complaint is dismissed with prejudice. The Clerk is directed to enter judgment in favor of Defendant and close the file.

    **IT IS SO ORDERED.**

Dated: 12/10/2021

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge